1136

No. 82–6631.   POWELL v. GARRISON, WARDEN, ET AL. C. A. 4th Cir.   Certiorari denied.

No. 82–6632.   WOODYARD v. ALABAMA.   Sup. Ct. Ala. Certiorari denied.

No. 82–6633.   MCCLAIN v. ORR ET AL.   C. A. 3d Cir. Certiorari denied.

No. 82–6634.   WARGO v. ATTORNEY GENERAL OF NEW MEXICO ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 82–6635.   SELDEN v. NEW CASTLE COUNTY BOARD OF EDUCATION.   Sup. Ct. Del.   Certiorari denied.

No. 82–6638.   LANCASTER v. RODRIGUEZ ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 82–6641.   MEADOWS v. MCGINNIS, WARDEN, ET AL. C. A. 7th Cir.   Certiorari denied.

No. 82–6646.   MULQUEEN v. MORRIS, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 82–6647.   BOOS v. KANSAS.   Sup. Ct. Kan.   Certiorari denied.

No. 82–6648.   VAN POYCK v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 82–6650.   MILLER v. CONTINENTAL GRAIN CO. ET AL. C. A. 4th Cir.   Certiorari denied.

No. 82–6653.   BROWN v. GARLAND ET AL.   C. A. 4th Cir. Certiorari denied.